UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Case No. _____
Amended

**NOTICE OF MOTION TO REDEEM
PERSONAL PROPERTY**

Debtor(s)

**Notice is given that:**

1. The attached motion under 11 U.S.C. § 722, prepared according to Local Bankruptcy Form (LBF) 717.10, *Procedures re: Motions to Redeem Personal Property*, was filed by the debtor(s) to redeem personal property held as collateral by the secured creditor. The secured creditor's name and address for service by mailing (see Federal Rule of Bankruptcy Procedure (FRBP) 7004) are:

2. The name and address of the debtor's attorney (or debtor(s), if no attorney) are:

3. If you wish to object to the motion, you must, within 14 days after the service date shown below, file the following with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401:

   a) a written objection, stating the facts upon which the objection is based; and

   b) a certificate of service showing that the objection has been served upon the person named in paragraph 2 above.

   If you fail to file a timely objection, the court may sign an order granting the motion.

**Certificate of Service**

Note: Service must be made pursuant to FRBP 7004 (for example, 7004(b)(3) for corporations and 7004(h) for insured depository institutions).

I certify that on _____ this notice and the motion were served on the secured creditor at the address listed above and the trustee.

_____
Signature                              Taxpayer ID#(s) (last 4 digits)

_____
Debtor's Address (if not provided above)

**717.20 (12/1/2019)**

BRADLEY LAUGHLIN, OSB# 214003
OLSENDAINES, P.C.
PO BOX 12829
SALEM, OR 97309
BLaughlin@OlsenDaines.com
PHONE: 503-362-9393

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE:<br><br>BILLIE JEAN STURGEON<br><br><br>                    Debtors. | )<br>)<br>)  Case No.  26-31519-pcm7<br>)<br>)<br>)  MOTION ALLOWING REDEMPTION OF<br>)  DEBTOR'S PERSONAL PROPERTY<br>)<br>) |

COMES NOW Debtor, by and through their attorney, Bradley Laughlin, to move this court for an order allowing redemption of certain personal property as follows:

1.  The name of the secured creditor is GoodLeap LLC, c/o C T Corporation System, Registered Agent, 780 Commercial St. SE STE 100, Salem, OR 97301-3465;

2.  The property to be redeemed is Solar Panels, inverters, batteries, and any other equipment related to the complete operation of the Solar Panels (hereinafter, "Solar Panels") supplied by GoodLeap, LLC;

3.  The total balance due on the Solar Panels is $44,871;

4. The current fair market value of the Solar Panels is $3,500;

5. The amount to be paid to the secured creditor is $3,500 to redeem the Solar Panels;

6. The redemption payment will be made by certified check or money order within 60 days of the entering of an order allowing this Motion to Redeem;

7. The Solar Panels listed in paragraph 2, above, is personal property intended primarily for the personal, family, or household use and is secured by a dischargeable consumer debt; and

8. There is no non-exempt equity in this personal property, and, therefore, the Solar Panels are fully exempt.

WHEREFORE, debtor hereby prays for an order granting this Motion to Redeem the Solar Panels by sending certified check or money order in the amount of $3,500 to GoodLeap, LLC within 60 days of the entering of an order. Debtor also prays for an order, requiring GoodLeap, LLC to file a satisfaction in full with the Oregon Secretary of State's Office, Multnomah County, or with any other entity in which the lien may be recorded.

Dated: May 15th, 2026

/s/ Bradley Laughlin
Bradley Laughlin
Attorney for Debtor
OSB # 214003
BLaughlin@OlsenDaines.com

CERTIFICATE OF SERVICE

IN RE:            Billie Jean Sturgeon

CASE #:           26-31519-pcm7

I, Bradley Laughlin, hereby certify that on May 15, 2026, I served a copy of the Notice of and Motion for Redemption and Proposed Order Allowing Redemption of Debtor's Solar Panels by mailing a true copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, and addressed to the following:

**GoodLeap LLC** - Via First-Class Mail

c/o Hayes Barnard, CEO

8781 Sierra College Blvd.

Roseville, CA 95661

**GoodLeap LLC** - Via First-Class Mail

c/o C T Corporation System, Registered Agent

780 Commercial St SE STE 100

Salem, OR 97301-3465

Dated this 15th day of May, 2026

/s/ Bradley Laughlin
Bradley Laughlin, OSB # 214003
Attorney for Debtor